UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Julie. G.S., <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | CV 19-151-M-KLD <br><br> JUDGMENT |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED and this matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this opinion..

Dated this 11th day of May, 2020.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk